THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re:   NOBILIS HEALTH CORP. | : | Case No. 19-12264/CSS |
| | : | |
| | : | CHAPTER 7 |
| Debtor. | : | |

### NOTICE OF CHANGE FROM NO-ASSET TO ASSET AND REQUEST TO THE CLERK TO FIX BAR DATE TO FILE CLAIMS AGAINST THE ESTATE

**TO T. PATRICK TINKER, ASSISTANT UNITED STATES TRUSTEE,** Alfred T. Giuliano, the Trustee in the above captioned matter, after due inquiry, having discovered assets hereby gives Notice that this is an Asset case. The Trustee requests the Clerk to fix the bar date to file claims against the estate.

| | |
|---|---|
| <u>November 22, 2019</u> | /s/ Alfred T. Giuliano, Trustee |
| Dated | Alfred T. Giuliano, Trustee |
| | 2301 E. Evesham Road |
| | Pavilion 800, Suite 210 |
| | Voorhees, New Jersey 08043 |