# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Northstar Healthcare Holdings, Inc., | Case No. 19-12262 (CSS) |
| Debtor. | **Related Doc. No. 23, 41** |
| In re: | Chapter 7 |
| Northstar Healthcare Acquisitions, L.L.C., | Case No. 19-12263 (CSS) |
| Debtor. | **Related Doc. No. 23, 45** |
| In re: | Chapter 7 |
| Nobilis Health Corp., | Case No. 19-12264 (CSS) |
| Debtor. | **Related Doc. No. 23, 46** |

**ORDER GRANTING AMENDED MOTION OF ALFRED T. GIULIANO, CHAPTER 7 TRUSTEE FOR ORDER (1) FURTHER EXTENDING TIME FOR THE DEBTORS TO FILE SCHEDULES, LISTS AND FINANCIAL AFFAIRS UNTIL JANUARY 15, 2020, AND (2) UPON THE DEBTORS' FAILURE TO FILE WITHIN THE EXTENSION PERIOD AUTHORIZING BUT NOT REQUIRING CHAPTER 7 TRUSTEE TO PREPARE AND FILE DEBTORS' SCHEDULES, LISTS AND FINANCIAL AFFAIRS AND APPROVING TRUSTEE'S REIMBURSEMENT OF EXPENSES INCURRED AS AN ADMINISTRATIVE EXPENSE**

Upon consideration of the amended motion (the "Amended Motion")[1] of Alfred T. Giuliano, chapter 7 trustee (the "Trustee") for the estates of the above-captioned debtors (the "Debtors"); and the Court being satisfied that appropriate notice of the Amended Motion and opportunity for a hearing have been given; and sufficient cause appears therefor,

IT IS ORDERED THAT:

1. The Amended Motion is GRANTED; and

---

[1] Capitalized terms shall have the same meaning ascribed to them in the Amended Motion.

\43914416\2 00600.9698.000/464741.000
12/16/2019

2. The time for the Debtors to prepare and file the Schedules, Lists and Financial Affairs of the Debtors as required by Bankruptcy Rule 1007(b) is hereby further extended to and including January 15, 2020 (the "Extension Period"); and

3. Upon the Debtors' failure to file the Schedules, Lists and Financial Affairs within the Extension Period the Trustee is authorized but not required to prepare and file the Schedules, Lists and Financial Affairs within twenty (20) business days after expiration of the Extension Period (the "Trustee's Extension Period") on behalf of each Debtor; and

4. Reimbursement of any and all costs incurred by the Trustee and his professionals in the preparation and filing of the Schedules, Lists and Financial Affairs shall be allowed as an administrative expense in accordance with Bankruptcy Rule 1007(k) upon approval of fee applications of the Trustee and his professionals.

5. This Order shall be without prejudice to the Trustee's ability to request further extensions of the Extension Period and/or the Trustee's Extension Period.

**Dated: December 17th, 2019**
**Wilmington, Delaware**

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**

\43914416\2 00600.9698.000/464741.000
12/16/2019