Sunrise Medical Equipment Consultants
5350 W. Bell Rd Suite C-122 PMB 265
Glendale, AZ 85308

FILED
2019 DEC 17 AM 8:31
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Una O'Boyle, Clerk of Court,

Case No.: 19-12263-CSS, 19-12264-CSS, 19-12262-CSS

The following information is the Debt owed to Sunrise Medical Equipment for the Biomedical Service performed at Laser Spine Institute on 1/18/19. I have included a copy of the invoice, in addition I have included a copy of the paperwork created during the Biomedical service performance. If you have any questions please contact me at 602-359-3711 or email m.ruthem@yahoo.com. Thank you

Mark Ruthem Owner,

[signature]

Date  12-12-19

**Sunrise Medical Equipment Consultants**

## Preventative Maintenance

## Customer: Laser and Spine Institute Clinic

Date: 1-15-19

| EQUIPMENT | SERIAL # | LEAKAGE | GROUND | VOLTAGE | PASS | FAIL |
|---|---|---|---|---|---|---|
| Aqua Manty 402 | 1131 | ✓ | ✓ | ✓ | P | |
| Bair Hugger 505 | 83568 | ✓ | ✓ | ✓ | P | |
| Buffalo Filter | 34442 | | | | DNL | |
| Burdick 3100 | 4689 | ✓ | ✓ | ✓ | P | |
| Conmed 2450 | GGU066 | ✓ | ✓ | ✓ | P | |
| Conmed 2450 | 8HGU022 | ✓ | ✓ | ✓ | P | |
| Devilbiss | 87505 | ✓ | ✓ | ✓ | P | |
| GE B450 | 80153 | ✓ | ✓ | ✓ | P | |
| GE B450 | 80142 | ✓ | ✓ | ✓ | P | |
| GE B450 | 38564 | ✓ | ✓ | ✓ | P | |
| GE B450 | 38552 | ✓ | ✓ | ✓ | P | |
| GE B450 | 38558 | ✓ | ✓ | ✓ | P | |
| GE B450 | 38553 | ✓ | ✓ | ✓ | P | |
| GE B450 | 38555 | ✓ | ✓ | ✓ | P | |
| GE Cardilap 5 | 6428611 | ✓ | ✓ | ✓ | P | |
| GE Cardilap 5 | 6432353 | ✓ | ✓ | ✓ | P | |
| GE Cardilap 5 | 6338616 | ✓ | ✓ | ✓ | P | |
| Glide Scope | 131939 | ✓ | ✓ | ✓ | P | |
| Gomco | 908010 | | | | DNL | |
| Gomco | 820013 | | | | DNL | |
| Gomco G180 | 1208 | ✓ | ✓ | ✓ | P | |
| Gomco G180 | 1209 | ✓ | ✓ | ✓ | P | |
| Joimax | 2482 | ✓ | ✓ | ✓ | P | |
| Lieca F40 | 14002 | ✓ | ✓ | ✓ | P | |
| LT Monitor | 1316 | ✓ | ✓ | ✓ | P | |
| LT Monitor | 1146 | ✓ | ✓ | ✓ | P | |
| LT Monitor | 1159 | ✓ | ✓ | ✓ | P | |
| LT Monitor | 1305 | ✓ | ✓ | ✓ | P | |

Blanket Warmer Fan Motor

**COMMENTS:**
Performed biomedical service on listed equipment.
*DNL: Did not locate

TSR: _____ MR _____

Next Svc Due: 7-19

## Preventative Maintenance

**Customer: Laser and Spine Institute Clinic**

Date: 1-15-19

| EQUIPMENT | SERIAL # | LEAKAGE | GROUND | VOLTAGE | PASS | FAIL |
|---|---|---|---|---|---|---|
| LT Monitor | 1253 | ✓ | ✓ | ✓ | P | |
| LT Monitor | 1258 | ✓ | ✓ | ✓ | P | |
| LT Monitor | 1178 | ✓ | ✓ | ✓ | P | |
| LT Monitor | 1287 | ✓ | ✓ | ✓ | P | |
| Marquet | 2885 | ✓ | ✓ | ✓ | P | |
| Marquet | 2842 | ✓ | ✓ | ✓ | P | |
| Marquet | 2326 | ✓ | ✓ | ✓ | P | |
| Medilas H-20 | H20670 | ✓ | ✓ | ✓ | P | |
| Medilas H-20 | H20666 | ✓ | ✓ | ✓ | P | |
| Medilas H-20 | H20641 | ✓ | ✓ | ✓ | P | |
| Oak Works | 418912 | ✓ | ✓ | ✓ | P | |
| Oakwood Medical | 484450 | ✓ | ✓ | ✓ | P | |
| OEC 9900 | 548 | ✓ | ✓ | ✓ | P | |
| OEC 9900 | 2752 | ✓ | ✓ | ✓ | P | |
| OEC 9900 | 574 | ✓ | ✓ | ✓ | P | |
| OEC 9900 | 576 | ✓ | ✓ | ✓ | P | |
| Olympus | 8317970 | ✓ | ✓ | ✓ | P | |
| PSS 602 CentriFog | 701182 | ✓ | ✓ | ✓ | P | |
| Smith Infusion | 75927 | ✓ | ✓ | ✓ | P | |
| Smith Infusion | 75926 | ✓ | ✓ | ✓ | P | |
| Smith Infusion | 75905 | ✓ | ✓ | ✓ | P | |
| Smith Infusion | 7.60E+04 | ✓ | ✓ | ✓ | P | |
| Smith Infusion | 75922 | ✓ | ✓ | ✓ | P | |
| Smith Infusion | 75925 | ✓ | ✓ | ✓ | P | |
| Steris 1392 | 49234 | ✓ | ✓ | ✓ | P | |
| Stryker 1188 | 22204 | ✓ | ✓ | ✓ | P | |
| Stryker 1188 HD | 23444 | ✓ | ✓ | ✓ | P | |

**COMMENTS:**
Performed biomedical service on listed equipment.
*DNL: Did not locate

TSR: _____ MR _____

Next Svc Due: 7-19

**Sunrise Medical Equipment Consultants**

## Preventative Maintenance

**Customer: Laser and Spine Institute Clinic**

Date: 1-15-19

| EQUIPMENT | SERIAL # | LEAKAGE | GROUND | VOLTAGE | PASS | FAIL |
|---|---|---|---|---|---|---|
| Stryker 1188 HD | 17474 | ✓ | ✓ | ✓ | P | |
| Stryker 260 | 249 | ✓ | ✓ | ✓ | P | |
| Stryker 260 | 268E0307 | ✓ | ✓ | ✓ | P | |
| Stryker 260 | 269A0196 | ✓ | ✓ | ✓ | P | |
| Stryker 260 | 268 E 0251 | ✓ | ✓ | ✓ | P | |
| Stryker 260 | 268 E 0244 | ✓ | ✓ | ✓ | P | |
| Stryker 260 | 2.68E+243 | ✓ | ✓ | ✓ | P | |
| Stryker 5400 | 1763 | ✓ | ✓ | ✓ | P | |
| Stryker 5400 | 2893 | ✓ | ✓ | ✓ | P | |
| Stryker Driver | 233003 | ✓ | ✓ | ✓ | P | |
| Stryker Mystral | 19583 | ✓ | ✓ | ✓ | P | |
| Stryker Mystral | 36793 | ✓ | ✓ | ✓ | P | |
| Stryker Mystral | 36792 | ✓ | ✓ | ✓ | P | |
| Stryker Mystral | 36800 | ✓ | ✓ | ✓ | P | |
| Stryker Mystral | 36796 | ✓ | ✓ | ✓ | P | |
| Stryker Mystral | 40208 | ✓ | ✓ | ✓ | P | |
| Stryker Mystral | 36789 | ✓ | ✓ | ✓ | P | |
| Stryker SDC | 17504 | ✓ | ✓ | ✓ | P | |
| Stryker SDC | 22234 | ✓ | ✓ | ✓ | P | |
| Stryker SDC | 39674 | ✓ | ✓ | ✓ | P | |
| Stryker SDP1000 | 86030 | ✓ | ✓ | ✓ | P | |
| Stryker SDP1000 | 88302 | ✓ | ✓ | ✓ | P | |
| Stryker SDP1000 | 82521 | ✓ | ✓ | ✓ | P | |

Performed Biomed Inspection on listed Equipment Found following Faults customer will address.
1. Medilas H-20 in Room #1 needs new power cable.
2. Zoll Defibs due for new battery.

Outlets tested for polarity, retention noted loose outlet in Room 2 south wall customer will address with electrician. Repair of FHC Blanket Warmer

**COMMENTS:**
Performed biomedical service on listed equipment.
*DNL: Did not locate

TSR: _____ MR _____

Next Svc Due: 7-19

**Sunrise Medical Equipment Consultants**

*Preventative Maintenance*

**Customer: Laser and Spine Institute Clinic**      Date: 1-15-19

| EQUIPMENT | SERIAL # | LEAKAGE | GROUND | VOLTAGE | PASS | FAIL |
|---|---|---|---|---|---|---|
| Stryker X-8000 | 41544 | ✓ | ✓ | ✓ | P | |
| Stryker X-8000 | 9274 | ✓ | ✓ | ✓ | P | |
| Stryker X-8000 | 42634 | ✓ | ✓ | ✓ | P | |
| Vena Flow | 40188 | ✓ | ✓ | ✓ | P | |
| Vena Flow | 40199 | ✓ | ✓ | ✓ | P | |
| Vena Flow | 40193 | ✓ | ✓ | ✓ | P | |
| Vena Flow | 40186 | ✓ | ✓ | ✓ | P | |
| Vena Flow | 40208 | ✓ | ✓ | ✓ | P | |
| Vena Flow | 40206 | ✓ | ✓ | ✓ | P | |
| Welch Allyn Light | | | | | DNL | DNL |
| Zimmer 1200 | 1207GAAK | ✓ | ✓ | ✓ | P | |
| Zoll M | 2255 | ✓ | ✓ | ✓ | P | |
| Zoll M | 883 | ✓ | ✓ | ✓ | P | |
| Zoll M | 35544 | ✓ | ✓ | ✓ | P | |
| GE B450 | 4374955 | ✓ | ✓ | ✓ | P | |
| GE B450 | N138564 | ✓ | ✓ | ✓ | P | |

**COMMENTS:**
Performed biomedical service on listed equipment.
*DNL: Did not locate

TSR: _____ MR _____

Next Svc Due: 7-19

Sunrise Medical Equipment Consultants
5350 W. Bell Rd. Suite C-122 PMB-265
Glendale, AZ 85308
(602) 359-3711

# Invoice

| Bill To | Ship To |
|---|---|
| Laser Spine Institute<br>8888 E. Raintree Drive<br>Scottsdale, AZ 85260 | Laser Spine Institute<br>8888 E. Raintree Drive<br>Scottsdale, AZ 85260 |

| Date | Invoice No. | P.O. Number | Terms | completed |
|---|---|---|---|---|
| 01/18/19 | 689 | 4032672 | Net 30 | 1/15/19 |

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| P102B | PMI Service/ Biomedical Service on Misc. Equipment | 1 | 950.00 | 950.00 |
| W0036 | Fan Assembly | 1 | 206.31 | 206.31T |
| Travel Charge | Travel Charge | 1 | 50.00 | 50.00 |

|  |  |
|---|---|
| | Subtotal $1,206.31 |
| Past Due Invoices are subject to 1.5% per month plus $35 per month service charges, plus collection/ legal fees. | Sales Tax (6.3%) $13.00 |
| | Total $1,219.31 |