# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Northstar Healthcare Holdings, Inc.<br><br>Debtor. | Chapter 7<br>Case No. 19-12262 (CSS) |
| In re:<br><br>Northstar Healthcare Acquisitions, L.L.C.<br><br>Debtor. | Chapter 7<br>Case No. 19-12263 (CSS) |
| In re:<br><br>Nobilis Health Corp.<br><br>Debtor. | Chapter 7<br>Case No. 19-12264 (CSS) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 10, 2020 AT 3:00 P.M.

## CONTESTED MATTERS GOING FORWARD:

1. Expedited Motion of BBVA USA f/k/a Compass Bank, as Agent, to (A) Transfer Venue to this Court, and (B) Stay any Proceedings in the Houston Court Pending a Decision from this Court
   [Filed 1/1/2020; Docket Nos. 80, 84, 86]

   Related Documents:

   (a) Declaration of Jon McCurdy in Support of Expedited Motion of BBVA USA f/k/a Compass Bank, as Agent, to (A) Stay any Proceedings in the Houston Court Pending a Decision from this Court, or, in the Alternative, (B) Transfer Venue to this Court
   [Filed 1/1/2020; Docket Nos. 81, 85, 87]

   (b) Order Shortening Notice and Objection Periods in Connection with Expedited Motion to (A) Stay any Proceedings in the Houston Court Pending a Decision from this Court, and (B) Transfer Venue to this Court
   [Filed 1/2/2020; Docket Nos. 83, 87, 89]

|  |  |  |
|---|---|---|
|  | (c) | Exhibit(s) to Expedited Motion of BBVA USA f/k/a Compass Bank, as Agent, to (A) Transfer Venue to this Court, and (B) Stay any Proceedings in the Houston Court Pending a Decision from this Court<br>[Filed 1/5/2020; Docket Nos. 86, 90, 92] |
| Objection Deadline: |  | January 8, 2020 at 12:00 p.m. |
| Responses Received: |  |  |
|  | (d) | Chapter 7 Trustee's Response to Expedited Motion of BBVA USA F/K/A Compass Bank, as Agent, to (A) Transfer Venue to this Court, and (B) Stay Any Proceedings in the Houston Court Pending a Decision from this Court Filed by Alfred T. Giuliano, Trustee<br>[Filed 1/8/2020; Docket Nos. 87, 91, 93] |
| Status |  | Interested parties desire to go forward with hearing; however, on a limited basis as a scheduling conference (not an evidentiary hearing). |

Dated: January 8, 2020

COZEN O'CONNOR

By: */s/ John T. Carroll*

John T. Carroll, III (DE No. 4060)
1201 N. Market Street
Suite 1001
Wilmington, DE 19801
(302) 295-2028 Phone
(302) 295-2013 Fax No.
jcarroll@cozen.com

*Counsel to Alfred T. Giuliano, Chapter 7 Trustee*