FILED

2020 JAN 23 AM 8: 11

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

To: United States Bankruptcy Court

In Re: Nobilis Health Corp (EIN 98-1188172), case No. 19-12264-CSS

My name is Dr. Rizwan Chaudhry, M.D. I was contracted under a 1099 agreement with Nobilis Health Corp through their ARPS program. Nobilis agreed to purchase my Accounts Receivable as a provider in renumeration of surgical cases I performed at their facilities. In return, I was receiving payment for specific surgical cases which Nobilis Health was billing for me. Nobilis owes me money for cases that I performed at First Street Surgical Hospital from July 2019 to the end of September 2019 (three months). Below I have listed the payments owed to me for the surgeries performed:

July 2019

Jul 24- Surgery performed Laparoscopic removal of gastric band and port. Payment due $1750

Jul 26- Surgery performed Laparoscopic hiatal hernia repair. Payment due $2750

Jul 31- Surgery performed EGD with biopsy. Payment due $250

Jul 31- Surgery performed Laparoscopic gastric bypass. Payment due $3150

July total payment due= $7900


August 2019

Aug 7- Surgery performed EGD with biopsy. Payment due $250

Aug 7- Surgery performed Laparoscopic sleeve gastrectomy. Payment due $2000

Aug 7- Surgery performed Laparoscopic sleeve gastrectomy. Payment due $2000

Aug 14- Surgery performed EGD with biopsy. Payment due $250

Aug 21- Surgery performed Laparoscopic gastric bypass and hiatal hernia repair. Payment due $4525

Aug 21- Surgery performed Laparoscopic cholecystectomy. Payment due $1200

Aug 28- Surgery performed Laparoscopic sleeve gastrectomy. Payment due $2000

August total payment due= $12,225


September 2019

Sep 12- Surgery performed Laparoscopic gastric bypass. Payment due $3150

Sep 18- Surgery performed Laparoscopic hiatal hernia repair. Payment due $4000

September total payment due= $7150

Total amount owed by Nobilis Health= $27,275.00

Rizwan Chaudhry, MD

*[signature]*

Office: (832) 500-1275
Cell: (513) 238-9781

# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**
Nobilis Health Corp.

11700 Katy Freeway
Suite 300
Houston, TX 77079
  EIN: 98-1188172

**Chapter:** 7

Case No.: 19-12264-CSS

## NOTICE THAT THERE ARE ASSETS FROM
## WHICH A DIVIDEND MIGHT POSSIBLY BE PAID TO CREDITORS

**YOU ARE HEREBY NOTIFIED** that there are assets from which a dividend might possibly be paid to creditors.

In order to share in any distribution, a creditor must file a proof of claim with the Clerk of the Bankruptcy Court. Claims must be filed within ninety (90) days after service of this notice.

For governmental entities, the proof of claim deadline shall be the longer of one-hundred eighty (180) days after the petition was filed or ninety (90) days after this Notice of Assets is served or as otherwise provided in the Federal Rules. Late claims will not be allowed. A proof of claim may be filed either electronically or as a paper document. For information on how to file a claim, visit the United States Bankruptcy Court – District of Delaware website at (http://www.deb.uscourts.gov), and click on the "Programs & Services" tab – Claims Information.

*Una O'Boyle* (signature)

Una O'Boyle, Clerk of Court

Dated: 11/23/19
(VAN-043)