# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Northstar Healthcare Holdings, Inc.<br><br>Debtor. | Chapter 7<br>Case No. 19-12262 (CSS)<br>(Joint Administration Pending) |
| In re:<br><br>Northstar Healthcare Acquisitions, L.L.C.<br><br>Debtor. | Chapter 7<br>Case No. 19-12263 (CSS)<br>(Joint Administration Pending) |
| In re:<br><br>Nobilis Health Corp.<br><br>Debtor. | Chapter 7<br>Case No. 19-12264 (CSS)<br>(Joint Administration Pending) |

**STATEMENT OF CHAPTER 7 TRUSTEE REGARDING FILING OF DEBTORS' SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS**

Alfred T. Giuliano, the chapter 7 trustee (the "Trustee") for the estates of In re: Northstar Healthcare Holdings, Inc., Case No. 19-12262-CSS; In re: Northstar Healthcare Acquisitions, L.L.C., Case No. 19-12263-CSS and In re: Nobilis Health Corp., Case No. 19-12264-CSS (collectively, the "Debtors"), by and through his undersigned counsel, hereby files under cover of this Statement the Debtors' schedules, statements of financial affairs and other documents required to be filed by the Debtors in these bankruptcy cases pursuant to Rule 1007(b) of the Federal Rules of Bankruptcy Procedure (the "Debtors' Schedules and Documents").

The Debtors' Schedules and Documents have been prepared and signed by Mr. Samuel Palermo, the Debtors' chief restructuring officer. However, the Debtors' counsel, Morris, Nichols, Arsht & Tunnell, refuses and/or has declined to file the Debtors' Schedules and

Documents. The Trustee through his counsel is filing the Debtors' Schedules and Documents in accordance with this Court's order, dated December 17, 2019 [Docket No. 62, 69, 71] so that the Debtors' obligations under Rule 1007(b) are fulfilled. In doing so, the Trustee and his counsel do not make any representations or warranties as to the accuracy and/or completeness of the Debtors' Schedules and Documents under Fed. R. Bankr. P. 9011, or, otherwise.

Any deficiencies including form, format or content regarding the Debtors' Schedules and Documents should be directed to the Debtor and the Debtors' counsel.

Dated: February 13, 2020

COZEN O'CONNOR

By: */s/ John T. Carroll*

John T. Carroll, III (DE No. 4060)
1201 N. Market Street
Suite 1001
Wilmington, DE 19801
(302) 295-2028 Phone
(302) 295-2013 Fax No.
jcarroll@cozen.com

*Counsel to Alfred T. Giuliano,
Chapter 7 Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NOBILIS HEALTH CORP.<br>                Debtor. | Chapter 11<br><br>Case No. 19-12264 |

## GLOBAL NOTES STATEMENT

Sam Palermo and Harry Fleming prepared the attached Schedules and Statement of Financial Affairs for Nobilis Health Corp. after the appointment of a Receiver in the case styled *BBVA USA, as agent of the Plaintiff, vs. Northstar Healthcare Acquisitions, LLC, Nobilis Health Corp, and Northstar Healthcare Holdings, Inc, et al.*, Cause No. DC-19-15508 pending before the 44th District Court in Dallas, Dallas County, Texas. Following this appointment and with the knowledge and permission of the Receiver, these documents were prepared. No representations concerning the accuracy of the information provided herein can be made beyond the documents provided by the Receiver as he is in possession of all corporate records. Mr. Palermo and Mr. Fleming relied on information provided by the Receiver through two individuals appointed by the Receiver: Drake Genna and Matt Roffers. Because of the appointment of the Receiver, some information could not be independently verified beyond that provided by the Receiver.

Dated: January 15, 2020.            By: _____
                                          Sam Palermo

**Fill in this information to identify the case:**

Debtor name    **Nobilis Health Corp.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **19-12264-CSS**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

1. **Gross revenue from business**

   ■ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

   | Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

| Debtor | Nobilis Health Corp. | | Case number (if known) | 19-12264-CSS |
|---|---|---|---|---|

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:  Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title / Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Julia R. Amaral Trust -1993 vs. Bellaire Surgical Hospital, LLC, MPDSC, LLC, and Nobilis Health Corp. 19-CV-0381 | Breach of Contract | 56th District Court Galveston County 600 59th St #3302 Galveston, TX 77551 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. | Sheppard Mullin (SM) V Nobilis Health Corp. (NHC) JAMS Ref. No. 120053536 | Breach of Contract | JAMS Arbitration | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3. | Streamline Health Inc. v. Nobilis Health Corp. 2019-CV-324752 | Breach of Contract | Superior Court of Fulton County Georgia | ☐ Pending ☐ On appeal ■ Concluded |
| 7.4. | Collect RX, Inc. F/K/A Collect RX, LLC v. Nobilis Health Corp. and Athas Health LLC dba North American Pain 2019-37238 | Breach of Contract | 270th District Court Harris County 201 Caroline Houston, TX 77002 | ☐ Pending ☐ On appeal ☐ Concluded |
| 7.5. | SLR Medical Consulting LLC vs. Bellaire Surgical Hospital Holdings LLC, Hermann Drive Surgical Hospital LP, Marsh Lane Surgical Hospital LLC, and Nobilis Health Corp. 401-00712-2019 | Breach of Contract | 471st District Court Collin County 2100 Bloomdale Rd Suite 30146 McKinney, TX 75070 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.6. | Hospital Housekeeping Systems, LLC v. First Street Hospital, LP, First Street Surgical Center, LP, Nobilis Health Corp. 2019-32912 | Suit on sworn account | 11th District Court Harris County 201 Caroline Houston, TX 77002 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.7. | Medix Staffing Solutions, Inc. vs. Nobilis Health Corp. 1:19-cv-02120 | Breach of Contract | USDC Northern District of Illinois | ☐ Pending ☐ On appeal ■ Concluded |

Debtor **Nobilis Health Corp.**                                   Case number (if known) **19-12264-CSS**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.8. | Wintrust Asset Finance Inc. v. Nobilis Health Corp., Chandler Surgery Center, LLC and Nortshstar Health Care Surgery Center - Scottsdale, LLC<br>30-2019-01081200-CU-BC-CJC | Breach of contract | Sup Ct. State of CA, Orange Co. | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | Creative Circle v. Nobilis Health Corp.<br>1135573 | Suit on sworn account | CCL No. 2 Harris County | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.10 | David Tang Attorney at Law vs. Dr. Harcharan S. Narang, Ranjit Kaur, Martyn B. Hill & Nobilis Health Corp.<br>Case No. 1110096 Case No. 01-19-00763-CV | Breach of Contract | CCL No. 2 Harris County/CoA | ☐ Pending<br>■ On appeal<br>☐ Concluded |
| 7.11 | Svitla Systems, Inc. v. Nobilis Health Corp.<br>CV1901963 | Breach of Contract | SC State of CA for Marin County | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12 | Total Vein Solutions L.L.C., vs. Hamilton Physician Services, LLC & Nobilis Health Corp.<br>191100229940 | Breach of Contract | JP Court Precinct 1, Place 1 Harris Coun<br>201 Caroline<br>Houston, TX 77002 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13 | Community Bank of Texas, N.A. v. Capital Partners Financial Group v. Nobilis Health Corp. and Marsh Lane Surgical Hospital, LLC<br>18-3900 | Beach of Contract | 157th District Court Harris County<br>201 Caroline<br>Houston, TX 77001 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14 | Victory Medical Center Plano, LP: Victory Plano Company, LLC; Robert N. Helms, JR; and Harsad D. Patel v. Marsh Lane Surgical Hospital, LLC; and Nobilis Health Corp.<br>15-42373-MXM-11 | Breach of Contract | NDTXBK - Ft. Worth Division | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15 | Legacy Health v. Nobilis Health Corp.<br>DC-19-13930 | Suit on Sworn Account | 116th District Court, Dallas County<br>600 Commerce<br>Dallas, TX 75202 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16 | Betty F. Stein, v. Pavecon ltd,, Nobilis Health Corp. dba Hamilton Vein Center and WMPT Stone Oak. L.P.<br>2019CV07383 | Personal Injury | CCL # 3 Bexar County<br>Bexar County Courthouse<br>100 Dolorosa, Basement, Suite B.21<br>San Antonio, TX 78205 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17 | Natasha Williams v. Nobilis Health Corp. and Northstar Healthcare Acquistions, LLC<br>2019-53363 | Employment Discrimination | 133rd Harris County Distirct Court<br>201 Caroline<br>Houston, TX 77002 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor   **Nobilis Health Corp.**                                                                 Case number *(if known)* **19-12264-CSS**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.18 | Universal City Development Partners v. Hermmann Drive Surgical Hospital, LP and Nobilis Health Corp.<br>2019-69897 | Breach of real property lease | 113 Harris County Disrict Court<br>201 Caroline<br>Houston, TX 77002 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.19 | Elite Ambulatory Surgery Centers, LLC v. Northstar Healthcare Surgery Center - Houston, LLC and Nobilis Health Corp.<br>2019-51809 | Beach of Contract | 270th Harris County District Court<br>201 Caroline<br>Houston, TX 77002 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.20 | Viking Delivery Services. V. Nobilis Health Corp.<br>2019-72033 | Breach of Contract | 80th Harris County Disrict Court<br>201 Caroline<br>Houston, TX 77002 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.21 | Westbank Development, LLC v. Nobilis Vascular Texas, LLC and Nobilis Health Corp.<br>19-2064-CC2 | Breach of real property lease | CCL #2 Williamson County<br>350 Discovery Blvd #204<br>Cedar Park, TX 78613 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.22 | Fifth Third Bank v. Northstar Healthcare Acquistions, LLC, Nobilis Health Corp., Perimeter Road Surgical Hospita, LLC & Northstar Healthcare Surgery Center - Scottsdale, LLC<br>19-2064-CC2 | Beach of Contract | Superior Court of AZ, Maricopa County | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.23 | Jackson Key and Associates, LLC, v. Nobilis Health Corp. and Dr. Lee McMillian<br>02DV201990293800 | Breach of Contract | District Court of Mobile County, Alabama | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.24 | Fifth Third Bank v. Northstar Healthcare Acquisitions, LLC, Nobilis Health Corp., & Nobilis Uptown Holding, LLC<br>19-2064-CC2 | Breach of Contract | CCL No. 2 Dallas County<br>600 Commerce<br>Dallas, TX 75202 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.25 | Zhang Yang v. Nobilis Health Corp., Harry Fleming, David Young, and Kenneth Klein<br>4:19-cv00145 | Securities Fraud | USDCTX - Houston Division<br>515 Rusk<br>Houston, TX 77002 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor  **Nobilis Health Corp.**                             Case number (if known) **19-12264-CSS**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.26 | Kimberly Tyson and Paul Tyson v. Alfredo Luis Marti, M.D., Medical Centre Pain Management Associates, PA, North American Laserscopic Spine Institute, LLC d/b/a North American Spine d/b/a Nobilis Health Corp., Marsh Lane Surgical Hospital, LLC d/b/a Plano Surgical Hospital, Meyer L. Proler M.D & Associates, and Peak Neuromonitoring Associates Texas, LLC d/b/a Nobilis Neurodiagnostic<br>CC-18-07209-A | Medical Malpractice | CCL No. 1 - Dallas County<br>600 Commerce #5<br>Dallas, TX 75202 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.27 | Cappelli V Nobilis Health Corp.<br>CV-16-544173 | Securities litigation | Ontario Superior Court | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.28 | Leo Van T'Hoofd v. Nobilis Health Corp., Harry Fleming, David Young, and Kenneth Klein<br>4:18-cv-04727 | Securities litigation | US SDTX - Houston Division<br>515 Rusk<br>Houston, TX 77002 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.29 | Spring Branch Independent School District v. Nobilis Health Corp,<br>2019-39827 | Tax Collection | 333rd District Court Harris County<br>201 Caroline<br>Houston, TX 77002 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.30 | Dr. Scott Cohen v. The Palladium for Surgery Houston, LTD and Nobilis Health Corp.<br>2019-56730 | Breach of Contract | 270th District Court Harris County<br>201 Caroline<br>Houston, TX 77002 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.31 | BBVA USA as agent of the plaintiff vs. Northstar Healthcare Acquisitions, Nobilis Health Corp and Northstar Healthcare Holdings, et al.<br>DC-19-15508 | Breach of Contract/Receivership | 44th District Court Dallas County<br>600 Commerce Street<br>Dallas, TX 75202 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.32 | American Surcial Development LLC v. Nobilis<br>2:19-cv-00986-SPL | Breach of Contract | USDC for the Disrict of Arizona | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.33 | ROI Revolution v. Nobilis<br>5:19-cv-146-BO | Breach of Contract | USDC for the Eastern District of NC | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.34 | McDowell Mountain Medical Investors, Ltd. vs. Northstar Healthcare Surgery Center - Scottsdale, LLC<br>CV2019-007492 | Contract dispute | Superior Court of AZ, Maricopa County | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **Nobilis Health Corp.**                                                      Case number *(if known)* **19-12264-CSS**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.35 | McDowell Mountain Medical Investors, Ltd. V. Northstar Healthcare Surgery Center-Scottsdale, LLC and Northstar Healthcare Acquisitions, LLC<br>CV2019-004562 | Contract Dispute | Superior Court of AZ, Maricopa County | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.36 | McDowell Mountain Medical Investors, Ltd. v. Nobilis Arizona Holding Company ; DeRosa Medical, PC<br>CV2019-010560 | Contract Dispute | Superior Court of AZ, Maricopa County | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.37 | Elite MSO Health Services, LLC v. Hermann Drive Surgical Hospital, LP<br>DC-18-3633 | | 162nd District Court, Dallas County<br>600 Commerce<br>Dallas, TX 75202 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.38 | ROI Revolution vs. Nobilis Health Corp.<br>5:19-CV-146-BO | Breach of Contract | US Eastern Disricct of NC | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.39 | American Surgical Development, LLC vs. Nobilis Health Corp.<br>2:19-cv-00386-SPL | Breach of Contract | USDC Eastern Dist of Arizona | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.40 | PHARMERICA HOSPITAL PHARMACY SERVICES, LLC, etc., vs. MARSH LANE SURGICAL HOSPITAL, LLC, etc., et at.<br>2018-81077 | Breach of Contract | 471st Distirct Court Harris County<br>201 Caroline<br>Houston, TX 77002 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.41 | AZPB Limited Partnership d/b/a Arizona Diamond Backs; AZPB Rem Limited Partnership v. L Phillip Wall, M.D., P.C; Arizona Center for Minimally Invasive Surgery, LLC; Nobilis Arizona Holding Company, LLC; and Does 1-100<br>CV-2019-006004 | Breach of Contract | Superior Court of AZ, Maricopa County | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.42 | Texas United Radiology Ventures, Inc. v. Elite Hospital Management, LLC<br>19-DCV-264560 | Breach of Contract | 400th District Court Fort Bend County | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.43 | Vertical Nerve Inc. v. Hermann Drive Surgical Hospital, LP, Northstar Healthcare Surgery Center-Scottsdale, LLC and Chandler Surgery Center, LLC<br>N/A | Breach of Contract | American Arbitration Assoc. - Dallas | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor  **Nobilis Health Corp.**                                                          Case number *(if known)* **19-12264-CSS**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.44 Olympus America Inc. v. Dallas Metro Surgery Center, LLC & Microsurgery Institute, LLC<br>2019-C-0932 | Breach of Contract | Ct of Common Pleas - Lehigh County, PA | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.45 Capital Partners Financial Group USA, LLC v. Hermann Drive Surgical Hospital, LP<br>2019CI13431 | Breach of Contract | 150th District Court, Bexar County | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.46 Texas Institute of Sleep Partners, LLC vs. Hermann Drive Surgical Hospital, LP & Northstar Healthcare General Partner, LLC<br>2019-31255 | Suit on Sworn Account | 125th District Court Harris County<br>201 Caroline<br>Houston, TX 77002 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.47 Creative Circle v. Nobilis Health Corp.<br>1135573 | Suit on sworn account | CCL No., 2 - Harris County<br>Houston, TX 77002 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.48 Heijdi, Inc. v. Hermann Drive Surgical Hospital, LP<br>2019-49258 | 295th District Court, Haris County | 201 Caroline<br>Houston, TX 77002 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.49 McDowell Mountain Medical Investors, Ltd. Vs. Nobilis Arizona Holding Company, LLC<br>CV2019-007491 | Breach of Contract | Superior Court of AZ, Maricopa County | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.50 Progressive Neurostimulation Technologies, LLC and Transition Medical Equipment, LLC vs. Nobilis Health Marketing, LLC<br>Cause No. 2019-00761 | Breach of Contract | 234th Dustruct Court Harris County<br>201 Caroline<br>Houston, TX 77002 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.51 Denton Transitional LTCH L.P., vs Dallas Metro Surgery Center, LLC & Elite Orthopedic and Spine Surgery Center LLC.<br>2019-21147 | Declaratory judgement | 125th District Court Harris County<br>201 Caroline<br>Houston, TX 77002 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.52 Juansrich LTD v. Houston Metro Ortho and Spine Surgery Center LLC<br>2015-24460 | Breach of Contract | 215th District Court Harris County<br>201 Caroline<br>Houston, TX 77002 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.53 Concierge Medical Group v. Nobilis Health Marketing, LLC,& Perimeter Road Surgical Hospital, LLC<br>2019-013057 | Breach of Contract | Superior Court of AZ, Maricopa County | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor   **Nobilis Health Corp.**                                     Case number (if known) **19-12264-CSS**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.54 | **Willis & Melrose, LLC v. Nobilis Arizona Holding Company, LLC & Nothstar Healthcare Subco, LLC**<br>**2019-0929998** | **Breach of Contract** | **Superior Court of AZ, Maricopa County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☐ None

| Custodian's name and Address | Describe the property | | Value |
|---|---|---|---|
| **BBVA USA f/k/a Compass Bank**<br>**c/o K&L Gates**<br>**ATTN: David Weitmann**<br>**1717 Main Street, Suite 2800**<br>**Dallas, TX 75201** | | | **$0.00** |
| | Case title<br>**BBVA USA vs Northstar Healthcare, et al**<br>Case number<br>**DC-19-15508**<br>Date of order or assignment<br>**9/24/2019** | | Court name and address<br>**44th Judicial Distirct**<br>**Court Dallas Coun**<br>**600 Commerce Street**<br>**Dallas, TX 75202** |

### Part 4: Certain Gifts and Charitable Contributions

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

   ■ None

   | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
   |---|---|---|---|

### Part 5: Certain Losses

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

    ■ None

    | Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
    |---|---|---|---|

### Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ■ None.

    | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
    |---|---|---|---|

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

Official Form 207                    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    page **8**

Debtor   **Nobilis Health Corp.**                                            Case number *(if known)* **19-12264-CSS**

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |

### Part 7: Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 7324 Southwest Freeway, Suite 700 Houston, TX 77074 | 7/1/2019 to present |
| 14.2. | 11700 Katy Freeway, Suite 300 Houston, TX 77074 | 6/1/2015 to Present |

### Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |

### Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

Debtor   **Nobilis Health Corp.**                                               Case number *(if known)*  **19-12264-CSS**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

    | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
    |---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

    | Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
    |---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

    | Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
    |---|---|---|---|

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

    | Case title Case number | Court or agency name and address | Nature of the case | Status of case |
    |---|---|---|---|

23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

Debtor **Nobilis Health Corp.**  Case number *(if known)* **19-12264-CSS**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. **Northstar Healthcare Holdings, Inc.** | | **Dates business existed**<br>EIN:<br>From-To |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **Crowe Horwath**<br>**750 North Saint Paul Street, Suite 850**<br>**Dallas, TX 75201** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

- ■ No
- ☐ Yes. Give the details about the two most recent inventories.

Official Form 207  Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  page **11**

Debtor    **Nobilis Health Corp.**                                                                                          Case number *(if known)* **19-12264-CSS**

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Harry Fleming | 507 Ramblewood<br>Houston, TX 77079 | Chief Executive Officer | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Harry Fleming | 507 Ramblewood<br>Houston, TX 77079 | Chief Executive Officer<br>Chairman | 1/7/2017 to 12/31/2018<br>11/16/2017 to Present |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Steve Ozonian | 50 Vista Del Sol<br>Laguna Beach, CA 92651 | | 4/30/2015 to 9/20/2019 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Thomas Orion Foster III | 4017 Piping Rock Lane<br>Houston, TX 77027 | | 6/28/2016 to 10/321/2019 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Susan Watt | 11 Kingsway Crescent<br>Toronto, Ontario M8X 2P9<br>CO | | 6/28/2018 to 10/31/2019 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Neil Badlani, MD | 38521 Overbrook Lane<br>Houston, TX 77027 | Chief Medical Officer | 6/12/2017 to 10/31/2019 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| James Springfield | 81 Tall Trail<br>Missouri City, TX 77459 | Chief Executive Officer | 1/1/2019 to 5/7/2019 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Kenneth Efird | 3303 Stoney Mist Dr<br>Sugar Land, TX 77479 | President | 07/08/2016 to 9/13/2019 |

Debtor  **Nobilis Health Corp.**                                     Case number *(if known)* **19-12264-CSS**

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Kenneth Klein | 12415 Rocky Knoll Drive<br>Houston, TX 77077 | Chief Financial Officer | 7/1/2014 to<br>1/1/2017 |
| Brandon Moreno | 6363 San Felipe St, Apt 126<br>Houston, TX 77057 | Chief Financial Officer | 1/17/2019 to<br>9/6/2019 |
| Marissa Arreola | 1420 Columbia<br>Houston, TX 77008 | Chief Strategy Officer<br>Chief Legal Oficer | 2/25/2016 to<br>1/29/2019<br>1/30/2019 to<br>9/6/2019 |
| Patrick Yoder | 4950 Glen Meadow Dr<br>Houston, TX 77096 | Chief Revenue Officer | 8/8/2016 to<br>2/1/2019 |
| Samuel Palermo | 11219 St. Laurent Lane<br>Houston, TX 77082 | Chief Compliance Officer<br>Chief Restructuring Officer | 6/29/2015 to<br>8/30/2019<br>10/21/2019 to<br>Present |
| Wendy Grono | 3546 Haven Pines Drive, Suite 100<br>Kingwood, TX 77345 | Chief Human Resource Officer | 1/22/2019 to<br>5/13/2019 |
| Daniel Wiggins | 55 West Monroe Street, Suite 2350,<br>Chicago, IL 60603 | Chief Restructuring Officer | 4/10/2019 to<br>10/3/2019 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ■ No
    ☐ Yes. Identify below.

    | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
    |---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ☐ No
    ■ Yes. Identify below.

    | Name of the parent corporation | Employer Identification number of the parent corporation |
    |---|---|
    | Nobilis Health Corp. | EIN:    98-1188172 |

Debtor **Nobilis Health Corp.** Case number *(if known)* **19-12264-CSS**

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

    ■ No
    ☐ Yes. Identify below.

    **Name of the pension fund**                    **Employer Identification number of the parent corporation**

### Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   1-15-20

_____          Sam Palermo
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor   CRO

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes