# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Northstar Healthcare Holdings, Inc.<br><br>Debtor. | Chapter 7<br>Case No. 19-12262 (CSS) |
| In re:<br><br>Northstar Healthcare Acquisitions, L.L.C.<br><br>Debtor. | Chapter 7<br>Case No. 19-12263 (CSS) |
| In re:<br><br>Nobilis Health Corp.<br><br>Debtor. | Chapter 7<br>Case No. 19-12264 (CSS) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 19, 2020 AT 11:30 A.M.

## UNCONTESTED MATTERS WITH CERTIFICATION OF NO OBJECTION:

1.  Trustee's Motion Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure for Joint Administration and Procedural Consolidation of Cases filed by Alfred T. Giuliano, Trustee
    [Docket Nos. 94, 97, and 104; Filed 1/29/2020]

    Related Documents:

    (a) Certification of No Objection
    [Docket Nos. 103, 106, 113; Filed 2/14/2020]

    (b) Proposed Order

    Objection Deadline:    February 12, 2020 at 4:00 p.m.

    Responses Received:    None

    Status    Certification of No Objection filed. Trustee requests entry of the Proposed Order.

2

Dated:  February 14, 2020

COZEN O'CONNOR

By: */s/ John T. Carroll*

John T. Carroll, III (DE No. 4060)
1201 N. Market Street
Suite 1001
Wilmington, DE  19801
(302) 295-2028 Phone
(302) 295-2013 Fax No.
jcarroll@cozen.com

*Counsel to Alfred T. Giuliano, Chapter 7 Trustee*

2

\44865501\1 00600.9698.000/464741.000
02/14/2020