**Fill in this information to identify the case:**

Debtor name: **Northstar Healthcare Acquisitions, L.L.C.**

United States Bankruptcy Court for the: **DISTRICT OF DELAWARE**

Case number (if known): **19-12263-CSS**

■ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☒ Amended *Schedule*    **A/B**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 13, 2021**    (21)

X _[signature]_
Signature of individual signing on behalf of debtor

Printed name: **Dan Patorno**

Position or relationship to debtor: **CRO**

**Fill in this information to identify the case:**

Debtor name: __Northstar Healthcare Acquisitions, L.L.C.__

United States Bankruptcy Court for the: __DISTRICT OF DELAWARE__

Case number (if known): __19-12263-CSS__

☑ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property       12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | BBVA | Agent Controlled Account | 5038 | $0.00 |
| 3.2. | BBVA | Interest Account | 5356 | $323,567.29 |
| 3.3. | BBVA | Controlled Disbursement Account | 7327 | $0.00 |
| 3.4. | BBVA | Main Operating Account | 3665 | $0.00 |
| 3.5. | BBVA | Legal retainer account | 6123 | $0.00 |
| 3.6. | BBVA | Financial Consultant Retainer Account | 6875 | $0.00 |

| Debtor | Northstar Healthcare Acquisitions, L.L.C. | Case number (If known) | 19-12263-CSS |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 3.7. | BBVA | Retainer Account | 0658 | $0.00 |

4. **Other cash equivalents** (Identify all)

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. — **$323,567.29**

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**
   ☐ No. Go to Part 3.
   ☒ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   7.1. Deposits — **Unknown**

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

   8.1. See A/B-8 — **$54,345,541.00**

9. **Total of Part 2.**
   Add lines 7 through 8. Copy the total to line 81. — **$54,345,541.00**

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**
    ☐ No. Go to Part 4.
    ☒ Yes Fill in the information below.

11. **Accounts receivable**

    11a. 90 days old or less:  689,110.00 (face amount)  -  0.00 (doubtful or uncollectible accounts)  = ....  **$689,110.00**

    11b. Over 90 days old:  503,505.00 (face amount)  -  0.00 (doubtful or uncollectible accounts)  = ....  **$503,505.00**

12. **Total of Part 3.**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82. — **$1,192,615.00**

### Part 4: Investments

13. **Does the debtor own any investments?**
    ☒ No. Go to Part 5.
    ☐ Yes Fill in the information below.

Debtor   **Northstar Healthcare Acquisitions, L.L.C.**                                       Case number *(If known)*  **19-12263-CSS**
         Name

### Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

### Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

### Part 9: Real property

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

### Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

### Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

Current value of
debtor's interest

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

| Debtor | Northstar Healthcare Acquisitions, L.L.C. | Case number (If known) | 19-12263-CSS |
|---|---|---|---|
| | Name | | |

| | Nature of claim | Claim against BBVA for failure to provide lending and acts of interferring with relationships venture partners. Claims againt agent payers for services billed and not paid. Additional claims for extra contractual actions/claims resulting penalty to out of network providers | Unknown |
|---|---|---|---|
| | Amount requested | $0.00  unknown $0 | |

75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims

76. Trusts, equitable or future interests in property

77. Other property of any kind not already listed  *Examples:* Season tickets, country club membership

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.                                    **Unknown**

79. Has any of the property listed in Part 11 been appraised by a professional within the last year?
    ■ No
    ☐ Yes

Debtor **Northstar Healthcare Acquisitions, L.L.C.**  Case number *(If known)* **19-12263-CSS**
 Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $323,567.29 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $54,345,541.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,192,615.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*..............................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + Unknown | |
| 91. **Total.** Add lines 80 through 90 for each column | $55,861,723.29 + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | Unknown |

## A/B-8

| | |
|---|---:|
| Prepaid Expenses | $ 2,146,397.00 |
| Due from PFS-Houston | $ 184,085.00 |
| Due from Holdings | $ 723,086.00 |
| Due from PFS-Dallas | $ 49,728.00 |
| Due from Kirby | $ 478,657.00 |
| Due from Perimeter Road | $ 2,152,201.00 |
| Due from HSE Sugarland | $ 30,875.00 |
| Due from MSI-Dallas | $ (129,893.00) |
| Due from Central Medical Solutions | $ 244,109.00 |
| Due from Nobilis Health Networks | $ 31,443.00 |
| Due from Central Dallas Surgery Center | $ 3,426.00 |
| Due from Nobilis Health Marketing | $ 110.00 |
| Due from NHSC-Houston | $ (766,345.00) |
| Due from NHSC-Scottsdale | $ 968,643.00 |
| Due from NH Northwest | $ 530,563.00 |
| Due from NHC ASC Dallas | $ 15,934.00 |
| Due from NH DallasManagement | $ 18,262.00 |
| Due from Southwest Houston Surgical Assist | $ 79.00 |
| Due from Best Choice | $ 7,575.00 |
| Due from First Nobilis Hosp Mg | $ 917.00 |
| Due from First Nobilis | $ 4,274.00 |
| Due from FN Hospital | $ 971,236.00 |
| Due from FNSC | $ 29,949.00 |
| Due from Athas | $ 13,449,802.00 |
| Due from Victory | $ 15,717,845.00 |
| Due from Peak | $ 2,076,147.00 |
| Due from Plano | $ 2,700,996.00 |
| Due from Southwest Freeway | $ 334,708.00 |
| Due from Concertis | $ 1,204,227.00 |
| Due from NHC Network (Jvco) | $ 7,905.00 |
| Due from Premier Health | $ 41,495.00 |
| Due from NH Anesthesia | $ 342,860.00 |
| Due from Bellaire Surgical | $ 1,235,622.00 |
| Due from NH Network Specialist Group | $ 7,504.00 |
| Due from Aerial Anesthesia | $ 2,491.00 |
| Due from NH Clinical Services | $ 39,690.00 |
| Due from Oracle ASC | $ 78,105.00 |
| Due from Phoenix ASC | $ 226,143.00 |
| Due from Nobilis Vascular Holding | $ 4,646,730.00 |
| Due from Chandler ASC | $ 868,702.00 |
| Due from SWFSC Mgmt | $ 46,273.00 |

| | |
|---|---:|
| Due from Nobilis Vascular Texas | $ 1,448,152.00 |
| Due from NH Physician's Group | $ 524,607.00 |
| Due from PSH Management | $ 64.00 |
| Due from Arizona Holdings | $ 1,184,519.00 |
| Due from Mountain West | $ 274,585.00 |
| Due from Elite Sinus & Ortho | $ 27,029.00 |
| Due from Houston Metro | $ 38,260.00 |
| Due from Elite Center Minimally Invasive | $ 62,856.00 |
| Due from Elite Hospital Management | $ 29,679.00 |
| Due from PLLC I | $ 8,568.00 |
| Due from PLLC II | $ 8,568.00 |
| Due from NH Provider Network | $ 10,947.00 |
| Due from Nobilis Uptown Holding | $ 10,755.00 |
| Due from River Oaks Surgical Center | $ (30,255.00) |
| Due from Others | $ 24,651.00 |
| **Total Prepaid Expenses and Other Current Assets** | **$ 54,345,541.00** |