**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| Nobilis Health Corp., *et al* [1] | Case No. 19-12264 (CSS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON FEBRUARY 16, 2022 AT 12:30 P.M. (ET)**

**CONTINUED MATTERS:**

1. Pre-Trial Scheduling Conferences for Adversary Proceedings identified on attached Schedule 1-A

    Related Documents:   None

    Objection Deadline:   N/A

    Responses Received:   N/A

    Status:   Pre-Trial Scheduling Conferences for Adversary Proceedings identified on Schedule 1-A are being adjourned to a date to be determined by the Court.

---

[1] The Debtors are: Northstar Healthcare Holdings, Inc., Case No. 19-12262; Northstar Healthcare Acquisitions, L.L.C., Case No. 19-12263 and Nobilis Health Corp., Case No. 19-12264.

\56404615\1 00600.9698.000/464741.000
02/14/2022

2.    Pre-Trial Scheduling Conference Regarding Adversary No. 21-51183
In re: Alfred T. Giuliano v. Harry J. Fleming, P. David Young, Brandon Moreno, Kenneth Efird, James Springfield, Donald Kramer, Steve Ozonian, Susan Watt, Tom Foster, Peter Horan, Samuel Palermo, Marcos Rodriguez

| | | |
|---|---|---|
| Related Documents: | (a) | Trustee's Complaint<br>[Filed 10/18/2021; Docket No. 1] |
| | (b) | Summons and Notice of Pre-Trial Conference<br>[Filed 10/18/2021; Docket No. 2] |
| Objection Deadline: | | Extension granted to January 25, 2022 |
| Responses Received: | (c) | Defendant Susan Watt's Motion to Dismiss for Lack of Personal Jurisdiction Under Fed. R. Civ. P. 12(B)(2) and Failure to State a Claim Under Fed. R. Civ. P. 9(b) and 12(b)(6)<br>[Filed 1/24/2022; Docket No. 16] |
| | (d) | Memorandum of Law in Support of Defendant Susan Watt's Motion to Dismiss for Lack of Personal Jurisdiction Under Fed. R. Civ. P. 12(B)(2) and Failure to State a Claim Under Fed. R. Civ. P. 9(b) and 12(b)(6)<br>[Filed 1/24/2022; Docket No. 17] |
| | (e) | Defendant Donald Kramer's Motion to Dismiss Under Fed. R. Civ. P. 9(b) and 12(b)(6)<br>[Filed 1/24/2022; Docket No. 18] |
| | (f) | Memorandum of Law in Support of Defendant Donald Kramer's Motion to Dismiss Under Fed. R. Civ. P. 9(b) and 12(b)(6)<br>[Filed 1/24/2022; Docket No. 19] |
| | (g) | Defendants Kenneth Efird, James Springfield, and Marcos Rodriguez's Motion to Dismiss Under Fed. R. Civ. P. 9(b) and 12(b)(6)<br>[Filed 1/25/2022; Docket No. 22] |
| | (h) | Memorandum of Law in Support of Defendants Kenneth Efird, James Springfield, and Marcos Rodriguez's Motion to Dismiss Under Fed. R. Civ. P. 9(b) and 12(b)(6)<br>[Filed 1/25/2022; Docket No. 23] |

| | | |
|---|---|---|
| | (i) | Defendants Peter Horan, Tom Foster, and Steve Ozonian's Motion to Dismiss Under Fed. R. Civ. P. 9(b) and 12(b)(6) <br> [Filed 1/25/2022; Docket No. 24] |
| | (j) | Memorandum of Law in Support of Defendants Peter Horan, Tom Foster, and Steve Ozonian's Motion to Dismiss Under Fed. R. Civ. P. 9(b) and 12(b)(6) <br> [Filed 1/25/2022; Docket No. 25] |
| | (k) | Defendant Harry J. Fleming's Motion to Dismiss Under Fed. R. Civ. P. 9(b) and 12(b)(6) <br> [Filed 1/25/2022; Docket No. 26] |
| | (l) | Memorandum of Law in Support of Defendant Harry J. Fleming's Motion to Dismiss Under Fed. R. Civ. P. 9(b) and 12(b)(6) <br> [Filed 1/25/2022; Docket No. 27] |
| Status: | | The parties have agreed to adjourn the Pre-Trial Scheduling Conference to a date to be determined pending a decision of the Defendants' Motions to Dismiss the Trustee's Complaint |

Dated: February 14, 2022                                   COZEN O'CONNOR

By: */s/ John T. Carroll*

John T. Carroll, III (DE No. 4060)
1201 N. Market Street
Suite 1001
Wilmington, DE 19801
(302) 295-2028 Phone
(302) 295-2013 Fax No.
jcarroll@cozen.com

*Counsel to Alfred T. Giuliano, Chapter 7 Trustee*

\56404615\1 00600.9698.000/464741.000
02/14/2022

## SCHEDULE 1-A

| Adversary No. | Defendant |
|---|---|
|  |  |
| 21-51186 | Berkeley Research Group LLC |
| 21-51187 | eClinicalWorks, LLC |
| 21-51188 | System One Holdings, LLC |